**NOT FOR PUBLICATION**

AUG 02 2013

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10351 |
| Plaintiff - Appellee, | D.C. No. 4:11-cr-01939-JGZ |
| v. | |
| JOSE CARLOS HERNANDEZ-FLORES, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted July 24, 2013**

Before:     ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

    Jose Carlos Hernandez-Flores appeals from the district court's judgment and

challenges his guilty-plea conviction and 54-month sentence for reentry after

deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Hernandez-Flores's counsel has filed a brief stating that there are

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

no grounds for relief, along with a motion to withdraw as counsel of record. Hernandez-Flores has filed a pro se supplemental brief. No answering brief has been filed.

Hernandez-Flores has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**